IN THE CIRCUIT COURT OF THE
17th JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Tamani Miller, Plaintiff

CASE NO _____ 18-02633

Kornpharmacay Defendant
harmaceuticals Inc

**COMPLAINT**

iff, Damani Miller sues defendant Korn Pharmaceuticals Inc, and alleges:

is is an action for damages in the amount of 5 Trillion [specify jurisdictional

nt].

ntiff resides at 6171 Sw 27th Street _____ [address],

ramer [city], Broward County, Florida.

endant resides at _____ [address],

_____ [city], _____ County, Florida or Defendant is a Florida

ration doing business at Decatur, Illinois 1802 N. Grand Ave [address],

Illinois [city], Decatur County.

1/2/17 [date], I've been falsely hospitalized and drugged for more than 5 years with four drug (benztropine cogentin) which I notice for many years has been causing permanent erectal dysfunction swelling of the penis and testicles and also tremors and dementia which has cost me my career and ~~my~~ livelyhood

[with statement of facts on which claim for relief against defendant is based].

ntiff is entitled to relief from defendant under the above facts on the basis of

A TRUE COPY
FEB 02 2018
BRENDA D. FORMAN
CLERK OF THE CIRCUIT COURT
BROWARD COUNTY, FL

EXHIBIT A

lefendant's Akorn Pharmaceuticals Inc

negligence or breach of contract or other legal basis for relief], by reason of

Pain & Suffering mental anguish, permenant

erectal disfunction

[specify facts showing entitlement of plaintiff to relief from defendant].

The items of damage [injury or damage] to which plaintiff is entitled to relief from defendant include: Compensatory and Punitive [specify].

[If expressly provided for by statute or contract, add: Plaintiff has agreed to pay a reasonable attorney's fee and is entitled to recover attorney's fees in this action pursuant Section _____ of the Florida Statutes or Paragraph _____ of the contract itered into between plaintiff and defendant].

As a result, plaintiff requests judgment against defendant for damages, 5 Trillion Dollars [if applicable, add: attorney fees], costs of suit, and any other and further relief as the court ay deem proper.

f desired, add: Plaintiff, Damany Miller (name), demands a jury trial in the above-entitled tion].

Dated 2/2/18

[signature]
Print name: Damany Miller
Print address: 6471 SW 27st Street Miramar FL 33023
Phone: 954-981-9851

E OF FLORIDA
ITY OF BROWARD

to or affirmed and signed before me on FEB 0 2 2018 , 20____ by

_____

Public or Deputy Clerk
HENRIETTA CANNON

ype or stamp commissioned name of
Public or Deputy Clerk
rsonally Known
oduced Identification ✓
f Identification produced M400-110-87-189-0

'97.  **CIVIL COVER SHEET**

over sheet and the information contained herein neither replace nor supplement the filing and service of
r other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the
ourt for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See
 for completion.)

**\SE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEETH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

18 - 02633

Zaman, Miller

Case #: _____

Judge: _____

A TRUE COPY
FEB 02 2018

Kern
Parmaceuticals Inc

**PE OF CASE**   (If the case fits more than one type of case, select the most definitive category.)
If the most descriptive label is a subcategory (is indented under a broader
category), place an x in both the main category and subcategory boxes.

ium
and indebtedness
omain
igence
e—other
ss governance
ss torts
nmental/Toxic tort
arty indemnification
iction defect
ort
ent security
home negligence
es liability—commercial
es liability—residential
ability
rty/Mortgage foreclosure
rcial foreclosure $0 - $50,000
rcial foreclosure $50,001 - $249,999
rcial foreclosure $250,000 or more

☐ Homestead residential foreclosure $0 - $50,000
☐ Homestead residential foreclosure $50,001 - $249,999
☐ Homestead residential foreclosure $250,000 or more
☐ Nonhomestead residential foreclosure
   $0 - $50,000
☐ Nonhomestead residential foreclosure
   $50,001 - $249,999
☐ Nonhomestead residential foreclosure
   $250,000 or more
☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more
☐ Professional malpractice
   ☐ Malpractice—business
   ☐ Malpractice—medical
   ☒ Malpractice—other professional
☒ Other
   ☐ Antitrust/Trade regulation
   ☐ Business transactions
   ☐ Constitutional challenge—statute or ordinance

titutional challenge—proposed amendment
orate trusts
imination—employment or other
ance claims
ectual property

☐ Libel/Slander
☐ Shareholder derivative action
☐ Securities litigation
☐ Trade secrets
☐ Trust litigation

EMEDIES SOUGHT (check all that apply):
monetary;
nonmonetary declaratory or injunctive relief;
punitive

JMBER OF CAUSES OF ACTION: [ ]
ecify)_____

THIS CASE A CLASS ACTION LAWSUIT?
yes
no

S NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
no
yes If "yes," list all related cases by name, case number, and court.

JURY TRIAL DEMANDED IN COMPLAINT?
yes
no

that the information I have provided in this cover sheet is accurate to the best of my knowledge and

_____          Fla. Bar # _____
ttorney or party                          (Bar # if attorney)

_____          2/2/18
t name)                                    Date